UST-31, 7-91

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TAMADDON, CHRISTINA DIANE | ) | Case No. 08-05585TUC JMM |
| | ) | |
| | ) | PETITION TO PAY |
| | ) | DIVIDEND IN AMOUNT LESS THAN |
| Debtor(s) | ) | $5.00 TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 7 | Worldwide Asset Purchasing II, LLC<br>c/o West Asset Mgmt., Inc.<br>PO Box 105698<br>Atlanta, GA 30348 | $ 3.33 |
| 8 | Metro Area Collection Service, Inc.<br>3200 SE Maple St.<br>Milwaukie, OR 97267 | 2.77 |
| 12 | Cascade Collections / Winco Commercial<br>1375 13th Street SE<br>Salem, OR 97302-2511 | 4.69 |
| | TOTAL = | $10.79 |

| | |
|---|---|
| September 9, 2009 | /s/ Gayle E. Mills |
| Date | Gayle E. Mills, Trustee |